## 36014. HATHCOCK v. HATHCOCK.

PER CURIAM.

In this appeal from a judgment holding the appellant in contempt, he has not followed the appeal procedures required by law in domestic relations cases (Ga. L. 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED JANUARY 24, 1980.

*McCamy, Minor, Phillips & Tuggle, John T. Minor, III,* for appellant.

*Little & Adams, Robert B. Adams,* for appellee.